IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LYNDA HANG VANG and<br>JOSEPH CARL LUCAS | CRIMINAL<br>NO. 14-0177 |

## ORDER

**AND NOW**, this  8th  day of May, 2015, upon consideration of the Motions for Suppression of Physical Evidence filed by Defendants Joseph Carl Lucas (Doc. #54) and Lynda Hang Vang (Doc. #58), along with all supporting and opposing papers, after a hearing held, and based on the findings and conclusions set forth in the accompanying memorandum opinion in accordance with Federal Rule of Criminal Procedure 12(d), it is hereby **ORDERED** that the Motions for Suppression of Physical Evidence filed by both defendants are **DENIED**.

BY THE COURT:

*s/JEFFREY L. SCHMEHL, J.*
Jeffrey L. Schmehl, J.